IN THE
UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF WISCONSIN

**ORIGINAL**

---

UNITED STATES OF AMERICA,

                Plaintiff,

   v.

                           Case No: 06 - CR - 226

JOSE ZAVALA-URBINA,

                Defendant.

---

STIPULATION AND ORDER FOR
SUBSTITUTION OF
ATTORNEY FOR DEFENDANT

---

      IT IS HEREBY STIPULATED, that Michael J. Knoeller, an attorney admitted to the bar of this Court, be substituted as attorney for the Defendant in the above entitled matter.

      Dated at Milwaukee, Wisconsin, this 16th day of July, 2007.

_Jose R. Zavala_    dated: 7-3-07
Defendant

                                     Attorney of Record Thomas J. Erickson

                                     Michael J. Knoeller
                                     State Bar 01012925

     Based upon the foregoing Stipulation, it is hereby ordered, that Michael J. Knoeller be, and said attorney is hereby substituted as attorney of record for the defendant in the above matter.

     Dated at Milwaukee, Wisconsin this 17th day of July, 2007.

                                                   UNITED STATES DISTRICT JUDGE